E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone: (510) 970-4830
     Facsimile: (415) 744-0134
     Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE NORMAN MEIER, | No. 8:22-cv-00863-DFM |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.


DATED:  March 31, 2023

_____

HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

Proposed Order re Stipulation for Extension of Briefing Schedule

1